IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

MELODY MONETTE SMITH,

     Plaintiff,

v.                                               Case 1:25-cv-01286-JDB-jay

COMMISSIONER OF SOCIAL SECURITY,

     Defendant.

_____

ORDER ADOPTING REPORT AND RECOMMENDATION
_____

     Before the Court is the appeal of the Plaintiff, Melody Monette Smith, of the final decision of the Defendant, the Commissioner of Social Security (the "Commissioner"), denying her application for benefits.  (Docket Entry ("D.E.") 1.)  The case was referred to the United States magistrate judge for all matters, including report and recommendation, on April 14, 2026.  (D.E. 12.)  On July 7, 2026, Defendant filed a consent motion to reverse the decision of the Administrative Law Judge ("ALJ") and remand this action to the Commissioner.  (D.E. 16.)  The same day, Magistrate Judge Jon A. York recommended that judgment be entered pursuant to Rule 58 of the Federal Rules of Civil Procedure reversing the decision of the ALJ and remanding this case to the Commissioner under sentence four of section 205(g), 42 U.S.C. § 405(g).  (D.E. 17.)  As the allotted time for objections to the report and recommendation has expired, and there being none, the report and recommendation is hereby ADOPTED in its entirety.  The Clerk is DIRECTED to terminate D.E. 16.  Judgment shall enter.

     IT IS SO ORDERED this 23rd day of July 2026.

                          s/ J. DANIEL BREEN
                          UNITED STATES DISTRICT JUDGE